FILED
08 JUL 24 PM 1:42
RICHARD W. WIEKING
US DISTRICT COURT

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

Brenda C. Armstead, Plaintiff,

vs.

HSBC Card Services

Defendant.

CV 08    3554

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Brenda C. Armstead, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____March 15, 2000_____Gross $ 3500.00_____
3 | _____Net $ 2500.00_____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or              Yes ___ No ___
8 |        self employment?

9 |     b. Income from stocks, bonds,          Yes ___ No ___
10 |        or royalties?

11 |     c. Rent payments?                          Yes ___ No ___

12 |     d. Pensions, annuities, or                Yes ___ No ___
13 |        life insurance payments?

14 |     e. Federal or State welfare payments,      Yes ✓ No ___
15 |        Social Security or other govern-
16 |        ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____Social Security net $ 1663.00_____
20 | _____

21 | 3. Are you married?                           Yes ___ No ✓
22 | Spouse's Full Name: _____NA_____
23 | Spouse's Place of Employment: _____NA_____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ _____NA_____ Net $ _____NA_____
26 | 4.   a. List amount you contribute to your spouse's support: $ _____NA_____
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |        and indicate how much you contribute toward their support. (NOTE: For minor

-2-

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_N/A_

5.  Do you own or are you buying a home?     Yes ___ No _✓_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?     Yes ___ No _✓_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No _NA_ If so, Total due: $_____

Monthly Payment: $ _NA_

7.  Do you have a bank account? Yes _✓_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _Bank of America_
_985 Pasadena Ave. S. - South Pasadena Fl. 33707_

Present balance(s): $ _100.00_

Do you own any cash?  Yes ___ No _✓_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)     Yes ___ No _✓_

_____

8.  What are your monthly expenses?

Rent: $ _625.00_ Utilities: _Ele. $150.00_

Food: $ _300.00_ Clothing: _Dental $2000.00_
_Bus Pass $30.00_   _(I have no insurance and_
Charge Accounts:   _need crowns)_

| Name of Account | Monthly Payment _In Dispute_ | Total Owed on This Account |
|---|---|---|
| _HSBC_ | $ _on file_ | $ _on file_ |
| _Capital One_ | $ _on file_ | $ _on file_ |
| _Merrick_ | $ _on file_ | $ _on file_ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_N/A_

_Balances are wrong That is why I'm filing in Court_

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____  No __✓__
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _7-21-08_                    _Brenda C. Armstead_
12     DATE                          SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28