FILED
08 JUL 24 PM 1:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California    94102

FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA    BZ

CV 08    3554

Brenda C. Armstead –Plaintiff,

Vs.                                        Case No.:

HSBC Card Services-Respondent,

Motion for a Hearing

To The Clerk of Courts:
Comes now, Brenda C. Armstead as filed representative for the above named petitioner and respectfully moves this court to schedule a hearing immediate per Rule 5 Federal Law.

Respectfully submitted,
Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

Certificate of Service

I hereby certify that a true copy of the foregoing has been furnished this 7th day of July , 2008, US Mail delivery to HSBC Card Services P.O. Box 80084, Salinas, California 93912-0084.

Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

*Brenda C. Armstead* (signature)