FILED
08 JUL 24 PM 1:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California   94102

FILED
JUL 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

CV 08 3554

Brenda C. Armstead –Plaintiff,

Vs.                                                                Case No.:

HSBC Card Services-Respondent,

## Notice of Appearance

To The Clerk of Courts:

Please enter the appearance of Brenda C. Armstead as representative of record for the plaintiff. Service of all papers by opposing parties should be addressed as follows:

> Brenda C. Armstead
> P.O. Box 1606
> St.Petersburg, Florida 33731

Respectfully submitted,
Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

## Certificate of Service

I hereby certify that a true copy of the foregoing has been furnished this 7th day of July, 2008, US Mail delivery to HSBC Card Services P.O. Box 80084, Salinas, California 93912-0084.
Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

*Brenda C. Armstead* (signature)