United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Brenda C. Armstead- Plaintff,

Vs.                                    Case No. : CV-08-3554 BZ

Honorable Governor of California – Arnold Schwarzenegger-Respondent,

Motion to Consolidate Cases- Petition for Permanent Appointment

To The Clerk of Courts:

Comes now, Brenda C. Armstead as filed representative to the named caused just filed in this Honorable Court July 24, 2008 1:43 p.m. and seeks passage of this motion and petition with grounds to support:

1. Plaintiff seeks the granting of this cause in chambers with press release to follow to save this court valuable time.
2. Basis to grant Permanent Appointment for all court, all elected, all appointed officials and all respective staff for the State of California and if this Honorable Court wants to include all fifty states, please consider that option:
    A. Election are unsafe. Assassinations to support.
    B. Campaign contributions are conflict of interest. Anyone contributing to campaigns receives favors that are not deserved.
    C. Governor Schwarzenegger is in full support. Please contact his office.
    D. If elected officals actually attempt to do their job, they are removed from office. Support: Former Congressman Tom Delay who attempted to address the system in the Terri Schiavo Case was removed from office.
    E. This allows for more efficient government. How? If an official is not doing their job, that official can be removed by the courts sooner then election time which involves years.
    F. Justices on the US Supreme Court are permanently appointed. Why should other courts be denied the same right?
    G. Reserved Ruling was received on this motion Naples, Florida Honorable Judge Ted Brousseau Collier County Court Jan. 12, 2004.
    H. This same motion received a granted motion US District Court New Orleans, LA Honorable Judge Ivan L.R. Lemelle Good Friday April 13, 2003." This idea has merit."
    I. And if the California Courts can rewrite the Bible and allow Gays to marry, then they certainly can grant job security to the most important officials in our country.

Respectfully submitted,
Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished this 28th day of July, 2008, U.S. Mail delivery to the Honorable Governor of California Arnold Schwarzenegger State Capitol Building, Scramento, California 95814 .

Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

*Brenda C. Armstead* (signature)