FILED
08 AUG -4 PM 1:54
[U.S. DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brenda C. Armstead
    Plaintiff(s),

v.

HSBC Services
    Defendant(s).

No. C 08-03554 BZ

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7-28-08

Signature: Brenda C. Armstead

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")