IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA C. ARMSTEAD, | No. C 08-3554 SI |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND ORDERING FILING OF AMENDED COMPLAINT BY SEPTEMBER 15, 2008** |
| v. | |
| HSBC CARD SERVICES, | |
| Defendant. | |

This Court has reviewed *de novo* plaintiff's application to proceed *in forma pauperis* and has considered the report and recommendation prepared by Magistrate Judge Bernard Zimmerman (Docket No. 10). This Court fully concurs in Judge Zimmerman's analysis, and adopts it in its entirety.

If plaintiff wishes to file an amended complaint, she must do so no later than September 15, 2008. Ruling on plaintiff's application to proceed *in forma pauperis* will be DEFERRED until such time as an amended complaint is filed. Plaintiff's "motion for hearing" (Docket No. 4) and "motion to consolidate cases" (Docket No. 7) are DENIED without prejudice to reconsideration after the amended complaint is filed.

**IT IS SO ORDERED.**

Dated: August 12, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA C. ARMSTEAD,

        Plaintiff,

v.

HSBC CARD SERVICES et al,

        Defendant.
                                        /

Case Number: CV08-03554 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda C. Armstead
P.O. Box 1606
St. Petersburg, FL 33731

Dated: August 13, 2008

                                                      Richard W. Wieking, Clerk
                                                      By: Tracy Sutton, Deputy Clerk