CC: Washington Post
CC: LA Times
CC: Governor of California
CC: Email Honorable Magistrate Judge Bernard Zimmerman
CC: Honorable President G.W. Bush
CC: Honorable Senator Arlen Specter
CC: Honorable Justice Scalia US Supreme Court
CC: Clerk Heather Trant US Supreme Court

FILED
RECEIVED
AUG 25 2008
08 AUG 25 PM 2: 12
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102


BRENDA C. ARMSTEAD- PLAINTIFF,

VS.                                                       NO. C 08-3554-SI

HSBC CARD SERVICES-RESPONDENT,

AMENDED COMPLAINT

Comes now, Brenda C. Armstead, plaintiff to enclosed cause, and per court order Honorable United States District Judge Susan Illston dated August 12, 2008, to submit An amended court order.

1. Source," Black's Law Dictionary-Eighth Edition- Bryan A. Garner Editor in Chief- Copyright 2004-Thomson/West."
2. US Constitution Article III Section 1 page 1772 states," The Judicial Power of the US shall be vested in one Supreme Court." Section 2 page 1773 states- "The Judicial Power shall extend to all cases to controversies between two or more states, between a state and a citizen of another state, between citizens of different states. "
3. This as my premise, applies to enclosed cause pending before this Honorable Court and needs immediate transfer to the US Supreme Court for immediate decision.
4. Plaintiff is seeking additional motion to consolidate cases Docket No. 7.


CERTIFICATE OF SERVICE

I , the undersigned, hereby certify that on this August 21, 2008, have served a true copy by placing said copies in a postage paid envelope addressed to the parties hereinafter listed, by depositing said envelope in the US Mail.

1. HSBC Card Services
   Address on file with US District Court San Francisco, Cal.

2. Washington Post
3. Honorable President G.W. Bush
4. Honorable Senator Arlen Specter
5. Honorable Justice Scalia US Supreme Court
6. Clerk Heather Trant US Supreme Court



RESPECTFULLY SUBMITTED,
BRENDA C. ARMSTEAD
P.O. BOX 1606
ST.PETERSBURG, FLORIDA 33731

*Brenda C. Armstead*