CC: Faxed President George W. Bush –No: 202-456-6208 Attn: Scheduling Office Ryan-
who called me direct Aug. 2, 2006.
CC: LA Times
CC: Governor of California



Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California   94102
Phone: 415-522-2000   Fax: 415-522-2176

BRENDA C. ARMSTEAD,             No. C 08-03554SI

    Plaintiff,

v.

HSBC CARD SERVICES,

    Defendant,

## VOLUNTARY DISMISSAL

Comes now, plaintiff to named cause and seeks a voluntary dismissal in this Honorable Court to seek appeal in the US Supreme Court. Support for this Voluntary Dismissal and appeal:

US CONSTITUTION ARTICLE 111 SECTION 2: THE US SUPREME COURT IS THE ONLY COURT THAT HAS JURISDICTION COMPLETE OVER CASES BETWEEN CITIZENS OF DIFFERENT STATES. Plaintiff is a resident of Florida and HSBC is comprised of citizens from California.

FURTHER, with this voluntary dismissal, the initial case management conference that has been scheduled to occur on November 14, 2008, at 2:00 p.m. needs to be cancelled.

IN ADDITION, plaintiff has a doctor's appointment that would be very difficult to reschedule.

Respectfully submitted,
Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731



IT IS SO ORDERED

, Judge

10/2/08

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been faxed to President George W. Bush c/o of The White House, Washington DC 20502 fax number 202-456-6208 and HSBC Card Services address on file with this Honorable Court this Sept. 9, 2008.

Brenda C. Armstead
P.O. Box 1606
St.Petersburg, Florida 33731

*Brenda C. Armstead*

IT IS SO ORDERED

_____
Susan Illston, Judge

_____
Date

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA C. ARMSTEAD,

        Plaintiff,

v.

HSBC CARD SERVICES et al,

        Defendant.
                                  /

Case Number: CV08-03554 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda C. Armstead
P.O. Box 1606
St. Petersburg, FL 33731

Dated: October 3, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk