IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA C. ARMSTEAD,

        Plaintiff,

  v.

HSBC CARD SERVICES,

        Defendant.
                                      /

No. C 08-3554 SI

**ORDER RE: LETTER**

On April 23, 2012, plaintiff submitted a letter to the Court in this closed case. The letter is addressed to the Supreme Court of the United States; to the United States District Court for the Central District of Illinois; and to this Court.

On September 11, 2008, plaintiff filed a voluntary dismissal of the complaint she had pending in this Court. The undersigned judge signed the voluntary dismissal on October 2, 2008. Thereafter, plaintiff filed a Notice of Appeal to the United States Supreme Court. On November 11, 2008, the Supreme Court returned the Notice of Appeal to plaintiff and informed her that a direct appeal from a U.S. District Court is allowed only from a three-judge district court order. *See* Dkt. 22 (*citing* 28 U.S.C. § 1253).

Plaintiff's action in this court was closed on October 2, 2008. Plaintiff is directed not to file any further documents in this closed case.

**IT IS SO ORDERED.**

Dated: April 24, 2012

SUSAN ILLSTON
United States District Judge